# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. __8:18-mj-1608-T-AAS__                           DATE: __June 20, 2018__

HONORABLE __AMANDA ARNOLD SANSONE__        INTERPRETER __None__
                                                                                                LANGUAGE _____

UNITED STATES OF AMERICA                                  __AUSA Christopher Poor__
v.                                                                                     Government Counsel

NICHOLAS J. POWELL                                             __AFPD Samuel Landes__
Defendant                                                                     Defense Counsel

COURT RPTR/TAPE __Digital__                               DEPUTY CLERK __Cathy Morgan__

TIME __3:26 - 3:35__                    TOTAL __9 min__    COURTROOM __10B__

PROCEEDINGS:  INITIAL APPEARANCE /NORTHERN DISTRICT OF OHIO
(Circle proceedings that apply)

- __X__  Deft provided w/copy of __Complaint__
- __X__  ARREST DATE: __June 20, 2018__
- __X__  Court summarized charges
- __X__  Court advises of Deft's Rule 5 rights
- __X__  Financial Affidavit submitted for approval
- __X__  FPD appointed for all purposes including trial
- __X__  Govt position on detention - risk of flight
- __X__  Defendant does not contest detention at this time, but reserves the right to revisit the issue of release in the district of offense.

- __X__  Court: Will issue a commitment to another district and the defendant will be transported by the U.S. Marshals to the Northern District of Ohio

- __X__  Defendant requests Preliminary Examination in district of offense
- __X__  Defendant waives identity hearing